# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MIDFIRST BANK

VERSUS

SHAWN GOODMAN A/K/A SHAWN
WESLEY GOODMAN, VICTORIA L.
WRIGHT AND SHAWN WESLEY
GOODMAN AS THE TRUSTEE OF
THE RUNAKA EXPRESS TRUST
D/B/A RUNAKA EXPRESS TRUST
ENTERPRISES

NO.  2024 CW 0328

JULY 1, 2024

In Re:    Shawn Goodman a/k/a Shawn Wesley Goodman, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 730375.

BEFORE:  THERIOT, PENZATO, AND LANIER, JJ.

WRIT DENIED.

MRT
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT